**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAPHAEL HERNANDEZ,

                Plaintiff,                      24 **CIVIL** 5280 (RFT)

      -v-                                    <u>**JUDGMENT**</u>

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 15, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York
           November 18, 2024

                                                            **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                    **BY:**  _____
                                                             **Deputy Clerk**